**Prentis L. HERNDON,**
**Plaintiff-Appellee,**

v.

**ALUTIIQ EDUCATION AND TRAIN-ING, LLC, Defendant-Appellant,**

and

**Janina Zequeira-Perez, Defendant.**

**Ahtna, Inc.; Arctic Slope Regional Corporation; Bristol Bay Native Corporation; Calista Corporation; Chugach Alaska Corporation; Koniag, Inc.; Old Harbor Native Corporation; Sealaska Corporation, Amici Supporting Appellant.**

No. 16-1964

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2017

Decided: May 5, 2017

Ramsay C. McCullough, Kristina H. Vaquera, JACKSON LEWIS PC, Norfolk, Virginia, for Appellant. Prentis L. Herndon, Appellee Pro Se. Kevin Mark Cuddy, Sarah Langberg, STOEL RIVES LLP, Anchorage, Alaska, for Amici Supporting Appellant.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alutiiq Education & Training, LLC ("AET") seeks to appeal the district court's order denying its motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order AET seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 515-16, 126 S.Ct. 1235, 163 L.Ed.2d 1097 (2006); *see also* 43 U.S.C. § 1626(g) (2012). Accordingly, we dismiss the appeal for lack of jurisdiction, and deny Herndon's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*